

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00778-CR

Lance Segura **CRAYTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR6235
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MASSEY BRISSETTE, AND JUSTICE
SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Appellant's
notice of dismissal is DENIED as moot.

SIGNED January 29, 2025.

_____
Lori I. Valenzuela, Justice